

FILED'08 DEC 09 12:27USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **LISA MARIE ROBERTS** ) | ) Case No. CV'08-1433 HU | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) AFFIDAVIT OF INDIGENCE | |
| | ) | |
| **NANCY HOWTON,** Superintendent ) | | |
| Defendant. ) | | |

STATE OF OREGON )
                   ) ss.
County Of WASHINGTON )

    I, Lisa Marie Roberts, swear/affirm that I am the Plaintiff in the above listed case and that I am unable to pay necessary filing fees, service fees and court costs. I support one person, myself. My assets and monthly income and expenses are as follows:

## MONTHLY EXPENSES

| | |
|---|---|
| Housing | $ 0.00 |
| Utilities | $ 0.00 |
| Telephone | $25.00 mo. |
| Food | $ 0.00 |
| Clothing | $ 0.00 |
| Transportation | $ 0.00 |
| Medical Expense | $ 0.00 |
| Laundry, cleaning & personal requirements | $ 0.00 |
| Total other expenses (list)<br>    Toiletries<br>    Living Expenses | $77.00 mo. |
| Total Installment payments | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** | $77.00 mo. |

## INCOME AND ASSETS

Total Monthly Income From All Sources    $77.00
Assets    $ 0.00

Savings    $ 0.00

*Lisa M. [signature]*
Lisa Marie Roberts
SID# 14776586
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, OR 97070-7523

**Subscribed and sworn** before me on this 1st day of December, 2008.

*Angela Wheeler [signature]*
Notary Public of Oregon

My commission Expires: March 24, 2009

OFFICIAL SEAL
ANGELA WHEELER
NOTARY PUBLIC-OREGON
COMMISSION NO. A391046
MY COMMISSION EXPIRES MAR. 24, 2009