| PORTLAND POLICE BUREAU | CONFIDENTIAL SPECIAL REPORT | ☐ INFORMATION ☐ CONTINUATION | ☐ CLEARANCE ☐ SUPPLEMENTAL | Page/Of 1/4 |
|---|---|---|---|---|

| CASE NO. 02-47807 | REFER CASE NO. | CLASSIFICATION WILLFUL CRIMINAL HOMICIDE | | |
|---|---|---|---|---|
| ☐ 1. UNFOUNDED ☒ 2. PENDING | ☐ 3. SUSPENDED ☐ 4. CLR BY ARREST | ☐ 5. EXCEPTIONAL ☐ 6. REFERRED | ORIGINAL REPORT DATE/TIME 052502/1455 | THIS REPORT DATE/TIME 052802/1556 |

LOCATION OF OCCURRENCE
**KELLY POINT PARK**

PERSONS   CO-Complainant   SB-Subject   SI-Sick/Injured/Cared For   PE-Park Exclusion

| CODE | NAME | CRN | SEX | RACE | DOB |
|---|---|---|---|---|---|
| CO | WILLIAMS, JERRI LEE | | F | W | 111366 |
| ADDRESS | | ZIP | | PHONE | |

COPIES: ☐ DET  ☐ Central  ☐ East  ☐ SE  ☐ North  ☐ NE  ☐ Traffic  ☐ DVD  ☐ ID  ☐ Prop Room  ☐ Crime Prev

SUBJECT OF THIS REPORT: **RESPONSE TO BODY FOUND IN PARK**   PROPERTY RECEIPT NO.

NARRATIVE/PROPERTY   S-STOLEN   L-LOST   F-FOUND   D-DAMAGED   K-SAFEKEEPING   R-RECOVERED
ITEM CODE

NO CONNECT INFORMATION

NONCONNECT INFORMATION

Detective Personnel:

1. Detective LYNN COURTNEY
   Acting sergeant

2. Detective ANN FRIDAY
   Partner

3. Sergeant CHUCK SHIPLEY
   Homicide Detail

4. Detective KRIS WAGNER
   Homicide Detail

5. Detective STEVE OBER
   Homicide Detail

6. Detective MIKE LARSON
   Primary detective

7. Detective RICH AUSTRIA
   Homicide Detail

COMPUTER ENTRY: ☐ Person  ☐ Vehicle (OPR)  ☐ Crime/Prop (OPR)  ☐ Book (OPR)

| REPORTING OFFICERS Detective S. L. Christensen | DPSST 9810 | PREC/DIV DET | RLF/SHFT M | ASSN/DIST FRAUD | SUPERVISOR |
|---|---|---|---|---|---|

0529.2

| PORTLAND POLICE BUREAU | CONTINUATION REPORT | | Page/Of 2/4 |
|---|---|---|---|
| CASE NO. 02-47807 | CLASSIFICATION WILLFUL CRIMINAL HOMICIDE | TYPE: ☐ Incident ☐ Custody ☑ Special | ☐ Traffic Accident |
| SUBJECT'S NAME WILLIAMS, JERRI LEE | | SEX F / RACE W / DOB 111366 | |
| LOCATION OF OCCURENCE KELLY POINT PARK | | | |

NARRATIVE: The order of appearance for additional information will be:
ITEM 1: ADDITIONAL PERSON INFO—List additional people (not suspects) and identify their involvement with the appropriate code. Additional person info includes contacts.
ITEM 2: ADDITIONAL SUSPECT INFO—Report all suspect info on additional Incident Reports. Each suspect must have coded crime analysis descriptors. Detail in the narrative only suspect info not covered in the boxes.
ITEM 3: ADDITIONAL VEHICLE INFO—List additional vehicles in the same fashion as reported in the vehicle section. Include the identifying code.
ITEM 4: ADDITIONAL WORTHLESS DOCUMENTS—Record multiple worthless documents on a Multiple Worthless Document form and attach as additional pages. Record in the narrative the number of worthless documents written.
ITEM 5: ADDITIONAL PROPERTY—Record no more than four additional items of property in the narrative—and/or use a Special Report and attach as additional pages.
ITEM 6: ADDITIONAL OFFICERS—List all officers present and identify their involvement with the incident being reported.
ITEM 7: SUMMARY—A short summary is necessary if the narrative is more than one full page in length.
ITEM 8: NARRATIVE—List in chronological order all of the relevant details in the incident and/or elements of the crime or violation.

**ITEM** | **CODE**

ID Personnel:

1. Sergeant BOB SHERMAN
2. Criminalist JEFF SHEARER
3. Criminalist JERRY GAIDOS

Deputy Medical Examiner:

DUANE BIGONI

Uniform Officers (According to CAD Incident #PP0205251138):

1. Sergeant MITCH COPP, #17460
2. Officer ROBERT R. QUICK, #30665
3. Officer MATTHEW JONES, #33489
4. Officer ERIC DANIELS, #37138
5. Officer STEVEN MORINVILLE, #37145
6. Officer MICHELE HUGHES, #36818
7. Officer AARON DAUCHY, #30873
8. Officer ROBERT FOSTER, #34671
9. Officer SEAN P. MACOMBER, #37147
10. Officer KENNETH REYNOLDS, #37287

NO EXHIBITS

| REPORTING OFFICERS Detective S. L. Christensen | DPSST 9810 | PREC/DIV DET | RLF/SHFT M | ASSN/DIST FRAUD | SUPERVISOR |
|---|---|---|---|---|---|

0529.2

0096 WSB

Exhibit C
Page 2 of 4

| PORTLAND POLICE BUREAU | CONTINUATION REPORT | | Page/Of 3/4 |
|---|---|---|---|
| CASE NO. 02-47807 | CLASSIFICATION WILLFUL CRIMINAL HOMICIDE | TYPE: ☐ Incident ☐ Custody | ☐ Traffic Accident ☒ Special |
| SUBJECT'S NAME WILLIAMS, JERRI LEE | | SEX F  RACE W  DOB 111366 | |
| LOCATION OF OCCURRENCE KELLY POINT PARK | | | |

NARRATIVE: The order of appearance for additional information will be:
ITEM 1: ADDITIONAL PERSON INFO—List additional people (not suspects) and identify their involvement with the appropriate code. Additional person info includes contacts.
ITEM 2: ADDITIONAL SUSPECT INFO—Report all suspect info on additional Incident Reports. Each suspect must have coded crime analysis descriptors. Detail in the narrative only suspect info not covered in the boxes.
ITEM 3: ADDITIONAL VEHICLE INFO—List additional vehicles in the same fashion as reported in the vehicle section. Include the identifying code.
ITEM 4: ADDITIONAL WORTHLESS DOCUMENTS—Record multiple worthless documents on a Multiple Worthless Document form and attach as additional pages. Record in the narrative the number of worthless documents written.
ITEM 5: ADDITIONAL PROPERTY—Record no more than four additional items of property in the narrative—and/or use a Special Report and attach as additional pages.
ITEM 6: ADDITIONAL OFFICERS—List all officers present and identify their involvement with the incident being reported.
ITEM 7: SUMMARY—A short summary is necessary if the narrative is more than one full page in length.
ITEM 8: NARRATIVE—List in chronological order all of the relevant details in the incident and/or elements of the crime or violation.

### SUMMARY

My partner and I were directed to respond to the scene of a dead body discovered at Kelly Point Park. Uniform officers had already secured the scene and were speaking to possible witnesses. ID was instructed to videotape the entire scene before any cars moved.

### NARRATIVE

On 052502 at approximately 1500 hours, I was directed by my supervisor, Detective Lynn Courtney, to respond with my partner Ann Friday to the north parking lot of Kelly Point Park. The body of a naked female had been discovered at that location and we were asked to respond in order to hold the scene prior to the arrival of the Homicide Up-Team.

Detective Friday and myself arrived at the north parking lot of Kelly Point Park at approximately 1545 hours, after passing through a uniform checkpoint that had been established by uniform officers just past the parking lot south of the scene to record everyone coming into the secondary crime scene. As we arrived at the north parking lot of Kelly Point Park, I observed that the crime scene had been taped off with yellow tape by uniform officers. Sergeant Mitch Copp was the first arriving supervisor and had directed the crime scene to be secured. Uniform officers were already securing the perimeter of the scene and several of them were talking to persons who had parked their vehicles in the park. I was told that uniform officers had also gone to the beach to inquire about those having vehicles in the lot.

The ID unit had arrived as well as Deputy Medical Examiner Duane Bigoni. The location where the body had been discovered was on the west end of the parking lot. A white Toyota Corolla with a Washington plate was parked near the place where the body had been discovered. I could see the body of a female located approximately 15 feet off of the pavement of the parking lot just past the wood pilings of the parking lot near some blackberry bushes. I did not enter the primary crime scene.

| REPORTING OFFICERS Detective S. L. Christensen | DPSST 9810 | PREC/DIV DET | RLF/SHFT M | ASSN/DIST FRAUD | SUPERVISOR |
|---|---|---|---|---|---|

0529.2

0097 WSB

Exhibit C
Page 3 of 4

| PORTLAND POLICE BUREAU | CONTINUATION REPORT | | Page Of 4/4 |
|---|---|---|---|
| CASE NO. 02-47807 | CLASSIFICATION WILLFUL CRIMINAL HOMICIDE | TYPE: ☐ Incident ☐ Custody | ☐ Traffic Accident ☒ Special |
| SUBJECT'S NAME WILLIAMS, JERRI LEE | | SEX F   RACE W | DOB 111366 |
| LOCATION OF OCCURENCE KELLY POINT PARK | | | |

NARRATIVE: The order of appearance for additional information will be:
ITEM 1: ADDITIONAL PERSON INFO—List additional people (not suspects) and identify their involvement with the appropriate code. Additional person info includes comments.
ITEM 2: ADDITIONAL SUSPECT INFO—Report all suspect info on additional Incident Reports. Each suspect must have coded crime analysis descriptors. Detail in the narrative only suspect info not covered in the boxes.
ITEM 3: ADDITIONAL VEHICLE INFO—List additional vehicles in the same fashion as reported in the vehicle section. Include the identifying code.
ITEM 4: ADDITIONAL WORTHLESS DOCUMENTS—Record multiple worthless documents on a Multiple Worthless Document form and attach as additional pages. Record in the narrative the number of worthless documents written.
ITEM 5: ADDITIONAL PROPERTY—Record no more than four additional items of property in the narrative—and/or use a Special Report and attach as additional pages.
ITEM 6: ADDITIONAL OFFICERS—List all officers present and identify their involvement with the incident being reported.
ITEM 7: SUMMARY—A short summary is necessary if the narrative is more than one full page in length.
ITEM 8: NARRATIVE—List in chronological order all of the relevant details in the incident and/or elements of the crime or violation.

ITEM | CODE

Seeing that uniform officers were already talking to people with vehicles in the parking lot, I asked Criminalist Jeff Shearer to videotape the crime scene while light was still good and before anyone could leave.

Sergeant Chuck Shipley, Detective Kris Wagner, and Detective Steve Ober of the Homicide Detail arrived on-scene. Next to arrive was Detective Mike Larson, the primary investigator for the case.

I spoke briefly to Officer Quick, who had been the first police officer to find the body at the scene. He stated that he had been in Pier Park when a female approached him to tell him that there was a body in Kelly Point Park. He said that the woman had been walking her dog in Kelly Point Park when she found the body. Officer Quick responded to Kelly Point Park and immediately found the unclothed body of the white female there. He took a Polaroid photograph of the body and gave it to me. I gave that photograph to Sergeant Chuck Shipley.

After Detective Mike Larson arrived and was debriefed, Detective Friday and myself were released from the scene. I observed Detective Rich Austria arrive as we were leaving at approximately 1700 hours.

| REPORTING OFFICERS Detective S. L. Christensen | DPSST 9810 | PREC/DIV DET | RLF/SHFT M | ASSN/DIST FRAUD | SUPERVISOR |
|---|---|---|---|---|---|

0529.2   Transcribed Verbatim – 052902/1432