portlandonline - sign out

| Home | Find A Park | Recreation | Nature | Rentals/Permits/Fees | Projects | Partnerships | Who We Are |

POL → Government → Bureaus & Offices → Parks & Recreation → **Find A Park**      Search for parks, facilities & amenities



### Kelley Point Park
**N Marine Dr & Lombard St** 

#### General Info
Acreage: 104.16
Acquired in 1984

#### Amenities
Includes disabled access restroom, historical site, paths – paved, paths – unpaved, picnic site – reservable, picnic tables, statue or public art, trails – hiking, and vista point.



#### Special Information
Park hours: 6:00am-9:00pm

To reserve a picnic area, call 503-823-2525. Picnic Site Maps & Info

#### Historical Information
New Englander Hall Jackson Kelley (1790-1874) was one of the most vocal advocates for Oregon in the first half of the 19th century. In 1828 he published *Settlement on the Oregon River*, and nine more pamphlets on a similar theme over the next 40 years. A bit deranged, he spent most of his life bitterly trying to win notice - and payment - for having sparked American interest in the Pacific Northwest.

Kelley visited Oregon briefly in 1834. During that time, Sellwood, Milwaukie, and Oregon City were all vying with Portland to be the main city at the north end of the Willamette. Among these was Kelley's unsuccessful attempt to establish a city at the confluence of the Willamette and Columbia Rivers. In 1926 this site was named Kelley Point.

Kelley Point Park was originally owned by the Port of Portland which covered the flood-prone peninsula with tons of river dredgings. The site that was once envisioned as a city is now a park on an isolated tip of land.



Copyright © 2010 City of Portland - Disclaimer & Privacy Policy