# History for Portland Troutdale, OR

Wednesday, May 25, 2005

## Daily Summary

|  | Actual : | Average : | Record : |
|---|---|---|---|
| **Temperature:** | | | |
| Mean Temperature | **63** °F | **60** °F | |
| Max Temperature | **81** °F | **71** °F | **94** °F (1992) |
| Min Temperature | **45** °F | **49** °F | **38** °F (1975) |
| **Degree Days:** | | | |
| Heating Degree Days | 2 | 6 | |
| Month to date heating degree days | 189 | 195 | |
| Cooling Degree Days | 0 | 1 | |
| Month to date cooling degree days | 1 | 6 | |
| Growing Degree Days | 13 (Base 50) | | |
| **Moisture:** | | | |
| Dew Point | **44** °F | | |
| Average Humidity | 61 | | |
| Maximum Humidity | 100 | | |
| Minimum Humidity | 21 | | |
| **Precipitation:** | | | |
| Precipitation | **0.00** in | **0.09** in | **0.78** in (1962) |
| Month to date precipitation | 4.45 | 2.35 | |
| Year to date precipitation | | 21.65 | |
| **Snow:** | | | |
| Snow | **0.00** in | - | - () |
| Month to date snowfall | 0.0 | | |
| Since 1 July snowfall | 0.3 | | |
| Snow Depth | **0.00** in | | |
| **Sea Level Pressure:** | | | |
| Sea Level Pressure | **30.10** in | | |
| **Wind:** | | | |
| Wind Speed | **12** mph (East) | | |
| Max Wind Speed | **24** mph | | |
| Max Gust Speed | **32** mph | | |
| Visibility | **10** miles | | |
| Events | | | |

**T** = Trace of Precipitation, **MM** = Missing Value          **Source:** NWS Daily Summary

Exhibit F
Page 1 of 1