**Google maps**

Directions to NE Marine Dr & NE 33rd Dr, Portland, OR 97211
7.9 mi – about 17 mins



Save trees. Go green!
Download Google Maps on your phone at **google.com/gmm**

 **Kelley Point Park**
Portland, Oregon 97203

| | | |
|---|---|---|
| 1. Head **southwest** on **N Marine Dr** toward **N Kelly Point Park Rd**<br>About 1 min | go 0.2 mi<br>total 0.2 mi |
| 2. Turn **right** to stay on **N Marine Dr**<br>About 1 min | go 0.5 mi<br>total 0.7 mi |
| 3. Turn **left** to stay on **N Marine Dr**<br>About 10 mins | go 4.9 mi<br>total 5.6 mi |
| 4. Take the exit toward **Marine Dr E** | go 0.1 mi<br>total 5.7 mi |
| 5. Turn **right** at **N Union Ct** | go 249 ft<br>total 5.8 mi |
| 6. Continue onto **N Marine Way**<br>About 5 mins | go 2.2 mi<br>total 7.9 mi |

 **NE Marine Dr & NE 33rd Dr, Portland, OR 97211**

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.