830    Ok.

ET     Seriously he's been here a couple weeks, but to tell you the truth, I didn't know what was
       going on (unclear) he was drinking here, when Linda, when Linda showed up on Friday, they
       were drinking...

830    again...

ET     They were drinking again and I told ...

830    He's a heavy drinker isn't he?

ET     Yeah, really heavy.

830    Uses coke too.

ET     Well he wasn't doing that here, 'cuz I don't like it. Well anyway. I told him, I told him you
       can't drink here and stuff and he wouldn't listen and when Linda showed up and she said I
       could go to jail for that because I'm not supposed to be on that well then Linda said she told
       you now, I'm telling you and she made him pour it out.

830    Who's he with?

ET     He was with, at that time, he was with Fingers.

830    Ok. And who's in the bedroom with the girl?

ET     Leon.

830    Leon, and who's Leon?

ET     A guy that I met for a couple weeks.

830    What's his name?

ET     Santos

830    The girl?

ET     Amy?

830    Amy what?

Attachment K to Exhibit B, Page 442 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

ET     I don't know her last name, I know she lives up (unclear) she was here earlier, she comes over every now and then (unclear) used to live next door, she moved.

830     Now we've got the truth about the Fingers and Chuckie being here for a couple weeks, how 'bout Sarah, when was the first time she really showed up?

ET     Sarah, that was the first time I had ever seen Sarah. Seriously, that was the first time I've ever seen Sarah.

830     That Wednesday?

ET     Yes.

830     Ok, and Chuckie's staying here, so she knows to find him here?

ET     Yeah. Well he called her...

830     Uh-huh... where did he call her at?

ET     From here?

830     Does he have her number?

ET     Yeah.

830     Where's it at?

ET     I don't know, I don't have her phone number.

830     Does he have an address book or anything like that?

ET     Fingers left his address book here.

830     Fingers did?

ET     Yeah.

830     Ok, where's that at?

ET     In my kitchen cupboard right over the stove.

830     Kitchen cupboard right over the stove. How 'bout, how 'bout Chuckie?

Esther Tisdale Interview 99-6527/ Page 15 of 24

Attachment K to Exhibit B, Page 443 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

ET    No.

830    Why did Fingers leave his address book?

ET    I have no idea.

830    Where does Chuckie sleep when he's here?

ET    On the couch.

830    Where's his shit at?

ET    He didn't have any stuff with him.  He did leave anything

830    Well he's been staying here, there's nothing in the car, he's gotta have a change of clothes...

ET    He didn't bring, he didn't anything...

830    a toothbrush.

ET    here with him 'cuz his aunt lives right up the street.  He just went up the street to, he took a shower here.

830    Uh-huh...

ET    He changed his clothes at his aunt's house, his aunt lives right up the street somewhere up the street, I don't know where.

830    Oh come on, where's his aunt live?

ET    I don't know where his aunt lives.  All he told me that his aunt lives up by Albertson's or just up by Albertson's.

830    How many times was Fingers here?  How many times has Fingers been here?

ET    I'm serious, I'm serious, Fingers been here like, you guys scare me with all these guns and shit coming in my face, (unclear)

830    There ain't nobody holding a gun on you right now, we've taking the hand cuff off of you, you're sitting there, you understand what's going on...

ET    Ok.  Fingers has been here maybe three or four times.

Attachment K to Exhibit B, Page 444 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

830   Ok, ok. And when did he start coming.

ET   He came on a Tuesday and they all left together on Thursday, came back on Friday...

830   Right...

ET   and they left again on Friday.

830   Ok. And that's, they both left in a white Taurus?

ET   Uh-huh...

830   Driving by some guy that you saw on television...

ET   Yes...

830   With them three pictures, ok and they took the shotgun Thursday, they didn't bring it back in Friday?

ET   No.

830   Didn't bring it back in Friday?

ET   I didn't see it.

830   Ok. (Talking to someone else, "it's recording and I'm about done with all the questions". It's 11:21. (Tape shuts off) It's 11:46, 07/23, we're still in the bedroom, still talking with Esther. I'm going to put this over here so you can talk into it (unclear) Alright tell me again, about the note, you told me that the note was written and...

ET   When Sarah called on the phone, she was talking to Leon...

830   Ok, so Sarah calls, she's talking to Leon.

ET   Ok, Leon asks me for a pen. I didn't have a pen.

830   Ok.

ET   I had a crayon, I gave, I went in the bedroom and I gave him a purple crayon, he wrote it down on a piece of paper, on an envelope.

830   Ok.

Esther Tisdale Interview 99-6527/ Page 17 of 24

Attachment K to Exhibit B, Page 445 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

ET      And then he found a pen out there and finished writing it up with a pen.

830      Ok. And Sarah's giving him the directions?

ET      Yes and he gave them to Chuckie.

830      And now, I don't think you understood this question before, but when you're talking about the directions, what are they, what are they directions to?

ET      Well he gave, she, he wrote down, 'cuz he was talking back to her, talking about the directions back to her...

830      Right...

ET      the directions were this guy's house in Corvallis.

830      Ok. Do you know the guy's name?

ET      No.

830      Do you know where in Corvallis?

ET      No, I don't.

830      Any of the street names that they mentioned?

ET      No.

830      Ok. Now, how do you, you told me that Leon was the pay off guy? Explain that to me again.

ET      Well when Sarah, Sarah was talking to Chuckie, she said Chuckie's going to hold the money that Leon was going to hold the money for Chuckie.

830      Leon or Chuckie?

ET      Leon was going to hold the money for Fingers and Chuckie.

830      How much?

ET      I don't know, she didn't say.

830      And when did she tell you this?

Attachment K to Exhibit B, Page 446 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

| ET | She didn't tell me anything about that.  She told Chuckie. |
|----|------|
| 830 | Ok. |
| ET | When they were in my bedroom talking in my bedroom... |
| 830 | Ok and you over heard her telling him that? |
| ET | Yeah, 'cuz I had to go in my bedroom... |
| 830 | Ok.  Ok, so Leon's going to hold the money and Chuckie can get it for her, from him, from Leon. |
| ET | Uh-huh. |
| 830 | Ok, and you don't know where Leon is at? |
| ET | Leon left from here Wednesday, he took his back pack, he left (unclear) with another guy? |
| 830 | Who's the other guy? |
| ET | Some Mexican guy I think he was from Honduras... |
| 830 | Yeah, ok.  That doesn't help much.  OK.... |
| ET | I don't know what he... |
| 830 | Give me a name, give me a name... |
| ET | I don't know what his name is 'cuz he doesn't speak any English, they always tell me that don't speak no English and I don't know the guy's name. |
| 830 | Where would I find Leon? |
| ET | Leon.... |
| 830 | How old is Leon? |
| ET | 26. |
| 830 | 26.  Was born in 73. |
| ET | He told me that he was going to Canada with this guy. |

Esther Tisdale Interview 99-6527/ Page 19 of 24

Attachment K to Exhibit B, Page 447 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

| | |
|---|---|
| 830 | With his dad? |
| ET | With this guy. |
| 830 | With this guy, ok. Do you know where in Canada? |
| ET | No I don't. |
| 830 | Has he ever been in contact with you since he left? |
| ET | No. |
| 830 | Is he likely to call you? |
| ET | He said he was going to call me but I haven't heard him yet. He hasn't called me yet. |
| 830 | When we leave here I'm going to give you my card, ok. If he calls, I want a call to find out where he's at, ok? The letters written in the bedroom, it's written on an envelope, it's written with a purple crayon and then a pen, what pen? |
| ET | an ink pen |
| 830 | say again. |
| ET | an ink pen |
| 830 | Do you still have it? |
| ET | Yes. |
| 830 | Ok, where's it located at? |
| ET | It's on a piece of paper, it's on the, it's clipped to a newspaper? |
| 830 | Clipped to the newspaper? Ok, we'll find it. |
| ET | It's on the floor. |
| 830 | Ok, alright, I'm going to turn this off. It's 11:50, same date. (Tape off then back on). It's 12:24, tell me what Vicki told you again? |
| ET | Vicki told me that Chuckie had told her that he was going to take care of some business. |

Esther Tisdale Interview 99-6527/ Page 20 of 24

Attachment K to Exhibit B, Page 448 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

830    Ok.

ET    She asked him what? And he said he was going to go burn this car for Sarah.

830    For Sarah?

ET    Yeah.

830    Ok, that's good, alright and when was, when did this happen?

ET    This happened like two weeks before the shooting when they went down.

830    Ok

ET    And then (unclear) shooting, then two weeks after the shooting went down, they went back the day after and shot again.

830    The day after that, another shooting goes down.

ET    Yeah.

830    And Vicki told you all this?

ET    Yes.

830    When did you talk to Vicki about this?

ET    I talked to Vicki about it the other day because Chuckie has my daughter's cds at his dad's house.

830    And you're trying to find them?

ET    Yeah. 'Cuz she wants them back, it's like over 24 cds.

830    Uh-huh...

ET    And I didn't know he had took 'em until after he was after he was already gone.

830    Ok, I want to recycle through this one more time, what you know and what you've heard, ok? You say that Vicki told you that when you went over to find the cds, that that the...

ET    (unclear)

Attachment K to Exhibit B, Page 449 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

830   that Chuckie went and burned a car...Who did he take with him?

ET    Fingers.

830   Fingers.  And the guy in the car...

ET    the, the guy in the car...

830   And Vicki told you that all three of them went?

ET    Uh-huh...

830   Ok, and then when they come back, two weeks elapse and then Vicki tells you that they went
      and did a shooting on Thursday, Friday night?  Friday morning, Thursday night.  And then
      the very next day, they do another one?  And Vicki's told you this?

ET    Yes.

830   Vicki lives in 81 over here at...

ET    Fox Point

830   Fox Point Apartments?  Now you personally know that Leon, Sarah, Lynette, Fingers and
      Chuckie and the guy driving the white car, are here, Thursday night, correct?

ET    Yes.

830   Leon, (unclear) initially Lynette and Sarah are in the car and Fingers goes down and brings
      the shotgun up.  Brings the blanket up with something in it?

ET    Yes.

830   Ok.  Later he takes it down and he puts it in the white car, but Sarah and Lynette are not here
      at that time?

ET    Uh-uh (negative)

830   Then very late at night, after midnight or so?

ET    Yes.

830   You still, Sarah and Lynette come back, Lynette comes back at 11:30, ok, 'cuz the bus, right?

Esther Tisdale Interview 99-6527/ Page 22 of 24

Attachment K to Exhibit B, Page 450 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

ET    Uh-huh...

830   So we got there's all six players back here again, ok and Leon, Lynette and Sarah get into the rental van and leave?

ET    Uh-huh...

830   And Chuckie, Sanchez, or, Chuckie, Fingers and the guy driving the white Taurus leave out of here Thursday night. They come back and the next day Leon and Sanchez are here, Leon and Jessie, and Chuckie are here, ok, your, and Skipper, and Fingers, your P.O. shows up, P.O. leaves, they're still here for a while, they go out get more to drink and stuff like that, Sarah doesn't show up that day, Friday night, she doesn't show up Friday night?

ET    Uh-uh (negative)

830   Ok, so just the, the two guys leave, they get in the car, with the, the white car, ok and they leave. Leon stays here and he's waiting for a phone call from?

ET    Sarah...

830   She does call? She doesn't call?

ET    She didn't call.

830   Ok so what's he do?

ET    He paged her like three times.

830   Paged her three times.

ET    She does not call back.

830   And she didn't return the call. Ok, when's he leave?

ET    He left Wednesday.

830   Wednesday. Wednesday? This last Wednesday, so he stayed here from last Friday until Wednesday? Ok. It will be a good start, now Leon wrote a check for $400, a check a money order or what?

ET    He went to Western Union and sent his mom $400.

830   Ok. And he (unclear)

Esther Tisdale Interview 99-6527/ Page 23 of 24

Attachment K to Exhibit B, Page 451 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

ET    And of , (unclear) the return address...

830   Right...

ET    He used an interstate address.

830   An interstate address?

ET    Yeah, NE Interstate.

830   NE Interstate.

ET    Over here in North Portland (unclear)

830   I'm not familiar with that. You have a receipt for that where you have the envelope or what?

ET    The receipt for that, it's a green and grey receipt, it says Western Union on it.

830   Ok and what's Leon do for a living?

ET    He doesn't (unclear)

830   Doesn't work, so where did he get the $400?

ET    Hustles.

830   Hustle from?

ET    Other people

830   But he was holding the money for Sarah to pay...

ET    Chuckie and Fingers.

830   Chuckie and Fingers. (unclear) (tape goes silent)


*830    Corvallis Police Detective Jon Keefer*
*ET     Esther Tisdale*

(Files/transcript/esthertwo.trx)

Attachment K to Exhibit B, Page 452 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF BENTON
## IN THE NAME OF THE STATE OF OREGON

## SEARCH WARRANT

To Any Police Officer in Benton County:
Upon information given under oath to me by an affidavit signed and sworn to by Detective
Jonathan P. Keefer, Jr. this Court finds good reason, and probable cause.

**YOU ARE THEREFORE COMMANDED** to make immediate search of:
**Highland Terrace, 4530 SE Roethe Rd, Apartment 56, Milwaukee, Clackamas County,
Oregon**. It is described as a three story apartment building tan in color with a composition roof,
located on the south side of the complex. The number 4530 is on the north side of the building in
black numbers. The stairwell entrance faces south. The apartment is on the second floor of the
stairwell on the west end. There are black number on the left side of the stairwell door going from
bottom to top, 55, 56, and 57. On the right of the entrance are the numbers from top to bottom
58, 59 and 60. The door to the apartment is brown and the number 56 is located to the right on
the adjacent wall that faces south.

## TO SEARCH FOR:

Fingerprints, photographs, ammunition, weapons, identification, other written documents
evidencing the conspiracy, other written documents of the formation of the conspiracy or any
written documents related to the completion of the act subject to the conspiracy and maps.

and if you find the same, you shall bring forth with to me at the Benton County Courthouse,
Corvallis, Oregon.

_____ 7/23/99
Judge                                @ 7:23 A

This warrant shall be executed not later than __5:00__ on the __29__ day of
__July__, 19__99__

This warrant shall be returned not later than _____, on the _____day of
_____, 19__.

7/23/99 _____ 7/23/99
Date                          Judge                @ 725A

I hereby certify that I have compared this copy with the original Search Warrant placed in my
hands for execution and that this copy is a true and correct transcript of the whole thereof.

_____
Jonathan P. Keefer, Jr.

Attachment K to Exhibit B, Page 453 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF BENTON

| | | |
|---|---|---|
| IN RE  Detective Keefer's | ) | MOTION TO SEAL APPLICATIONS |
| 22 July 1999 Applications For | ) | FOR SEARCH WARRANT, |
| Search Warrant | ) | SEARCH WARRANT and RETURN OF |
| | ) | SERVICE (LISTS OF THINGS SEIZED) |
| | ) | PURSUANT TO SEARCH WARRANT |

I, Jonathan P. Keefer Jr., duly sworn, do hereby depose and say: That I am a Corvallis Police officer and I am assigned to the attempted aggravated murder investigation involving Darren Cox at 1380 SW Timian Street, Corvallis, Benton County Oregon; that on 22 July 1999, I presented an affidavit in support of the attached search warrant to Benton County Circuit Court Judge Robert S. Gardner; that this affidavit contained much of the information known to law enforcement at this time regarding the investigation; that the criminal investigation is continuing and the premature disclosure of the contents of the affidavit would jeopardize the investigation by releasing otherwise confidential information and would jeopardize the safety of an informant; that I know from training and experience that premature disclosure of the contents of this affidavit would jeopardize the investigation because it could release information known only to law enforcement. This could allow potential suspects to gain important information and hinder the investigation. This could allow information to be released that could otherwise be used to check the accuracy of information given by witnesses and suspect.

Attachment K to Exhibit B, Page 454 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

Based on the aforementioned, I request the affidavit be sealed for up to six (6) months or the completion of the investigation.

Points and authorities:
ORS 192.501(3)
See e.g., ORS 133.555(4)


DATED: _23 JUL 99_


_Jonathan P. Keefer_
Jonathan P. Keefer Jr.
Detective, Affiant

Attachment K to Exhibit B, Page 455 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF BENTON

| | | |
|---|---|---|
| STATE OF OREGON, | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| vs. | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF |
| **Highland Terrace Apartments** | ) | SEARCH WARRANT |
| **4530 SE Roethe Rd, Apt 56** | ) | |
| **Milwaukee, OR** | ) | |
| **Clackamas County** | ) | |
| Defendant | ) | |
| | | |
| STATE OF OREGON | ) | |
| | ) ss. | |
| County of Benton | ) | |

I, **Jonathan Keefer,** being first sworn on oath depose and say that: I am a Detective employed

by the Corvallis Police Department. I have been employed by the Corvallis Police Department

since August of 1995. The last 5 months, I have been assigned as a Detective with primary

responsibilities for investigating person crimes including Murder, Assault, Reckless Endangering,

Criminal Mistreatment, Robbery, Harassment, Rape, Sex Abuse, and others. I am also responsible

for property crimes including Burglaries, Theft, Fraud, Forgery and Embezzlement. During my

law enforcement career I have received training in the detection and investigation of crimes from

the Oregon Board of Police Standards and Training (BPST) at the Basic Police Academy and the

Basic Detective Academy as well as the local in-service training given by the department. This

training included the investigation of crimes against people and property. During my 4 years with

the department, I have been involved in the investigation of numerous assault investigations which

have resulted in arrests, Grand Jury Indictments and several misdemeanor and felony convictions.

AFFADVIT Page 1

Attachment K to Exhibit B, Page 456 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

I am currently investigating the **Attempted Aggravated Murder of Darren Duane Cox,** **at 1380 SW Timian Street, Corvallis, Benton County, Oregon** (Corvallis Police Department Case Number 99-6527).

On June 24, 1999, I was assigned the follow up investigation for a Criminal Mischief I, that involved the intentional burning of Darren Cox's truck while parked outside his residence at 1380 SW Timian Street, Corvallis, Benton County, Oregon at 2:00 AM on June 24, 1999. Darren Cox stated that he was having a difficult time ending an off and on again relationship with his ex-girlfriend, Sarah Aline Ater. He said she had been calling him constantly and sending him long letters. He said he ended the relationship in April 1999, but she continued to attempt to reconcile with him. Darren Cox told me that Sarah Ater told him of numerous incidents of her bizarre behavior regarding people with whom she was upset. He said he had also witnessed this as well. Specifically, Darren Cox said Sarah Ater told him that when her old boy friend, Michael, broke up with her, she had a couple of friends beat him up. Sarah Ater told Darren Cox that she arranged to have Michael arrested for Burglary I and for Michael to spend time in jail. Darren Cox said he was working for Sarah Ater's brother, Mark Ater. Darren Cox told me that Mark Ater got upset with Darren Cox because of a misunderstanding of a joke; that Mark Ater yelled at Darren Cox and that Sarah Ater took exception to this. Darren Cox said Sarah Ater called several of her friends in an attempt to hire them to break Mark Ater's legs. Darren Cox said he was in the room when Sarah Ater was on the phone. Darren Cox told me he heard Sarah Ater telling the person on the phone that Mark Ater needed to be taught a lesson and she wanted them to break his knee caps.

Darren Cox provided me with several letters sent to him from Sarah Ater as well as a journal entry that he recovered from the trash can at Sarah's house when he was first breaking up with her. The letters were extremely long, 16 to 20 handwritten pages. Some were dated and others were not. The dates were between May 9, 1999 and June 19, 1999. The journal was

AFFADVIT Page 2

Attachment K to Exhibit B, Page 457 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

undated. I have read the letters and the journal. The journal contains these passages: "Use your brain asshole (pay attention Darren, I am furious and pist [sic] [)]. I haven't done anything yet butt [sic] I have in the past and I'm capable of causing a lot of pain for you." It continued, " Take yourself straight to hell, and die. I ought to trash that car by knocking out a window and flattening a tire so you won't be able to drive it." The journal continued, "I am really glad that I have totally destroyed him in my parents eyes. Thanks to what he said to Mark. I don't need anymore proof of anything as to the kind of psychotic asshole he can be." Sarah Ater continued to write of how she was in control of the situation. On the third to last page, she wrote, "Unless he is willing to say that he made a terrible mistake and provide a really good reason that will satisfy J & D, & never go to them unless it's an emergency, there is nothing that can be done. So, in the meantime, the dumbshit owes them 5 grand which he hasn't begun to payback and if he even trys [sic] to ditch then his parents & sister will pay (as in a burnt house, cars trashed, ect) and dumbshit Darren-fucking piece of shit, white trash will be the first to be blamed."

Darren Cox told me J & D were Jonathan and Deanne Ater, Sarah Ater's adopted parents. He said he borrowed $5,000.00 from them. He also said his truck tires were slashed and a window broken out previously but he didn't report it. His truck was burned on June 24, 1999 at 2:00 AM, while parked outside his house and two one gallon cans of camping fuel were found near the garage. The cans were both opened and 3/4 full.

I checked the Portland Police Bureau records for associates of Sarah A. Ater. There was a Michael Madison Novak listed. Portland case number 93113377 lists an information report involving Sarah A. Ater as a subject in a "poss hiring of a hit man." Portland Police Bureau case number 9215413 reflected a Burglary I charge for Michael Novak. Michael Novak told me that he was arrested for Burglary I but was convicted of misdemeanor Theft. (Michael Novak's criminal history check showed a disposition of the case that District Court Case terminated.) Both reports indicated that Novak was the ex-boyfriend of Sarah Ater.

AFFADVIT Page 3

Attachment K to Exhibit B, Page 458 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

On July 10, 1999, at approximately 5:30 AM, three men in a white Ford Taurus were arrested and charged and subsequently indicted on Attempted Aggravated Murder and other charges. These 3 men were caught by Corvallis Police Officers conducting surveillance outside 1380 SW Timian Street, Corvallis, Benton County, Oregon. The three men were involved in the shooting of a shotgun through the kitchen window of 1380 SW Timian Street. Darren Cox was struck by a pellet as a result of the attack.. Michael Edward Collicott, Michael Joseph Skipper, Jr. (A.K.A. Fingers) and Jesus Sanchez Garcia (A.K.A. Jesse Garcia, Chucky, Jesse Sanchez) are the three men arrested and indicted for crimes stemming from the July 10, 1999 shooting. Later Sarah Aline Ater was arrested for Attempted, Solicitation and Conspiracy to-Commit Aggravated Murder and other crimes related to the July 10, 1999 shooting. Detective Shawn Houck, Corvallis Police Department, applied for a search warrant and Benton County Circuit Court Judge Robert S. Gardner authorized law enforcement to search Sarah Ater's home at 50 Kerr Parkway, Lake Oswego, Oregon. I have read Detective Shawn Houck's affidavit. A copy of Detective Shawn Houck's affidavit and the authorized warrant are incorporated into this affidavit as exhibit A.

The investigation of the July 10, 1999 shooting continues and on July 16, 1999, I was called by Probation Officer Stephen Jones of the Multnomah County Parole and Probation Office. He told me he was the probation officer for Jesus Sanchez-Garcia. He said another probation officer from Clackamas County, Linda Abash, called him and said based on the photographs on television, she believed Jesus Sanchez-Garcia was at the home of one of her clients during an unannounced visit on July 9, 1999.

Later on July 9, 1999, I called Probation Officer Linda Abash of Clackamas County Parole and Probation Office. She said she was visiting Ester Tisdale on July 9, 1999 at 4:41 PM. Probation Officer Linda Abash told me when Ester Tisdale opened the door, she could hear numerous people inside. Probation Officer Linda Abash went into the living room and observed

AFFADVIT Page 4

Attachment K to Exhibit B, Page 459 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

two Hispanic men drinking Corona Beer. One identified himself as Jesse Garcia. She could not

recall the other's name. She provided me the address and the phone number. The address was

**The Highland Terrace Apartments, 4530 SE Roethe Rd, Apt 56, Milwaukee, Clackamas**

**County, OR.** The phone number was (503)659-5626.

Probation Officer Abash said she thought she could identify Jesse Garcia from a

photograph. I faxed her photo line ups of Jesus Sanchez-Garcia and Michael Joseph Skipper II. I

didn't have a line up for Collicott as he was booked at Linn County and I didn't have access to

their system. Linda Abash called and identified photograph 2 in the pictures of the clean shaven

suspects as the man in Ester Tisdale's apartment who identified himself as Jesse Garcia. The line

provided Probation Officer Linda Abash contained the same photograph that was provided to the

media and shown on television.

Detective Houck had coordinated with Benton County Corrections Facility to monitor the

telephone numbers called by Jesus Sanchez Garcia. On July 12, 1999, Detective Houck told me

that one of the numbers Jesus Sanchez Garcia called was (503)659-5626. I called that number on

7/20/99 and spoke with a woman who identified herself as Ester and said her probation officer

was Linda Abash.

Detective Houck told me he called the manager of the **Highland Terrace Apartments**,

Sandy Vessey. Detective Houck told me that Sandy Vessey told him the following:

> Ester Tisdale is half black and half Hispanic female living in apartment 56 of
>
> building 4530 SE Roethe Road, Milwaukee, Clackamas County, Oregon. She and
>
> her friends have been disruptive and at times violent. Ester Tisdale is being evicted
>
> based on the conduct of occupants and visitors to the apartment. Sandy Vessy said
>
> the culminating event was a fight involving a knife on June 19, 1999. The result of
>
> this event was several renters giving notice that they were moving.

AFFADVIT Page 5

Attachment K to Exhibit B, Page 460 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

The neighbor across the stair-well in apartment 59 was named Miranda Stroh. She said of all the people to know and be around Ester Tisdale, Miranda Stroh was the most innocent and cooperative.

Miranda was the name given by Jesus Sanchez Garcia as renter of the apartment where Michael J. Skipper II and Michael E. Collicott discussed, planned and prepared for the Attempted Aggravated Murder beginning July 9, 1999 and culminating on July 10, 1999.

On July 21, 1999, Detective Houck and I went to Highland Terrace Apartments and interviewed Miranda Stroh in Sandy Vessey's office. Miranda was extremely apprehensive in talking with us. She said she was afraid of reprisals against her young child, her boyfriend and herself from Ester Tisdale and her friends. Miranda agreed to talk with us if we would not release her new address other that the court. She was moving and didn't want Ester Tisdale to know where she was moving. She said she would testify but was concerned about friends of Ester Tisdale taking actions against her.

Miranda Stroh said Ester Tisdale had people in and out of her apartment all the time. Miranda Stroh would go outside her apartment and smoke cigarettes and would see them coming and going in and out of Ester Tisdale's apartment. Miranda Stroh said her boyfriend, Michael Whittington, also smoked cigarettes outside on the landing and saw a lot as well. Miranda told me that a person she knows as "Chucky" (Later identified as Jesus Sanchez Garcia) started to live in Ester Tisdale's apartment about a month ago. Miranda Stroh said she never saw "Chucky" leave the apartment except to borrow a cigarette from her. She said she didn't like Chucky because he was drunk all the time. She didn't want him around her daughter. Miranda Stroh went on to say that Chucky was in her apartment only a few seconds while she got a cigarette for him. Miranda Stroh said the man she knew as Chucky was the Hispanic man with long hair that she saw on the news as being arrested for attempted murder in Corvallis. She said Ester Tisdale told her that Chucky was arrested for attempted murder a day or two after it was on the TV. Detective Houck

AFFADVIT Page 6

Attachment K to Exhibit B, Page 461 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA

showed Miranda Stroh a photo line up containing a photograph of Jesus Sanchez Garcia in position 2. I watched as she identified photograph 2 as Chucky to Detective Houck.

Miranda Stroh said another Hispanic male she knew as "Fingers" was also on the TV with Chucky. Miranda Stroh said Fingers was at Ester Tisdale's apartment often but didn't live there. Miranda Stroh said she met Fingers a couple of days after the fight (the one involving the knife) that occurred outside ester Tisdale's apartment which is why she put in her 30-days notice to move. Detective Houck showed Miranda Stroh a photo line up containing a photograph of Michael Joseph Skipper II in position 6. I watched as Miranda Stroh identified photograph 6 as Fingers to Detective Houck.

Miranda Stroh said the black woman that was on TV, with Chucky and Fingers (Sarah Ater), was also at Ester Tisdale's apartment on a regular basis within the 30 days preceding Sarah Ater's arrest on these Benton County charges. Miranda Stroh said she saw Sarah Ater driving a gray '89 Volkswagen Jetta. Miranda Stroh said the woman started visiting Ester Tisdale's apartment about a month ago. According to Miranda Stroh, Sarah Ater visited almost daily until her picture was on TV. Miranda Stroh said Sarah Ater saw her walk in and out of Ester Tisdale's apartment several times.

While in Milwaukee Detective Houck and I spoke with Miranda Stroh's boyfriend, Michael Whittington. He came to Sandy Vessey's office to be interviewed by Detective Houck and me. Detective Houck showed the same line ups as Miranda Stroh and Michael Whittington identified Jesus Sanchez Garcia as Chucky and Michael E. Skipper II as Fingers. He said he knew them from smoking outside Miranda Stroh's apartment and seeing them go in and out of Ester Tisdale's apartment. He said he's also seen the black female whose picture that was on TV with Chucky and Fingers (Sarah Ater). Michael Whittington said he's seen the black woman driving a dark sports utility type vehicle but not the gray Jetta. He thought it was a Ford. Michael

AFFADVIT Page 7

Attachment K to Exhibit B, Page 462 of 928
Response to Emergency Motion
Roberts v. Howton; 3:08-cv-01433-MA