Steven T. Wax, OSB No. 85012
Federal Public Defender
Alison M. Clark, OSB No. 080579
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org
Email: alison_clark@fd.org
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LISA MARIE ROBERTS, | No. 3:08-cv-01433-MA |
| Petitioner, | PETITIONER'S EXHIBITS TO MEMORANDA IN SUPPORT OF RENEWED MOTION FOR IMMEDIATE RELEASE |
| vs. | |
| NANCY HOWTON, | |
| Respondent. | |

| EXHIBIT | DESCRIPTION |
|---|---|
| A | July 2, 2013, correspondence concerning investigation from O. Scott Jackson, Sr. Assistant Attorney General to Steven T. Wax, Federal Public Defender; |
| | July 17, 2013, correspondence from Steven T. Wax, Federal Public Defender to O. Scott Jackson, Sr. Assistant Attorney General |

| | |
|---|---|
| B | July 26, 2013, Respondent's status report; |
| | August 26, 2013, Respondent's status report |
| C | Declaration of Rod Saiki in Support of Motion for Release |
| D | Department of State Police Forensic Laboratory August 7, 2002, DNA report; Conversation Log 5/23/03, Rod Underhill visit to office |
| E | Michael T. Propst, M.D. report dated June 20, 2013, to William J. Teesdale, Federal Public Defender Chief Investigator |
| F | Multnomah County Circuit Court, State of Oregon v. Brian Lee Tuckenberry, Case No. 100632241, Judgment entered December 17, 2010 |
| | Tuckenberry Police Reports: |
| | Portland Police Bureau Special Report, Case No. 10-060061, Reporting Officer Jennifer Hertzler dated 07/28/10, 1715, Contact and Interview with Rhiannon Alexandria Miller; |
| | Portland Police Bureau Special Report, Case No. 10-060061, Reporting Officer M. Gallagher dated 07/28/10, 1900, Contact and Interview with Rhiannon A. Miller; |
| | Clark County Sheriff's Office Incident Report, Case No. 04-18285, Reporting Officer Gomez, Frank, dated 12/22/2004 for incident on 12/21/2004 at 23:41, Shawntina Ware; |
| | Clark County Sheriff's Office Incident Report, Case No. 04-18285, Reporting Officer Boyle, Sean, dated 12/22/2004 for incident on 12/21/2004 at 23:41, contact with Tyes Strickland, Devario McFarland, James Dixon, Brian Tuckenberry, and Deitrus Rayford; |

Portland Police Bureau Custody Report, Case No. 05122324, Reporting Officers Feist and Corona, dated 12/16/05 at 12:50, Brian L. Tuckenbury;

Portland Police Bureau Custody Report, Case No. 05122324, Reporting Officer N. Frankus, dated 12/16/05 at 12:45, Chrystina I. Atkeson;

Portland Police Bureau Special Report, Case No. 05122324, Reporting Officer Feist, dated 12/16/05 at 12:50, Brian L. Tuckenberry;

Portland Police Bureau Special Report, Case No. 05122324, Reporting Officer Zanetti, dated 12/16/05 at 12:45, Brian L. Tuckenbury;

Portland Police Bureau Investigation Report, Case No. 10-047761, Reporting Officer Scherise Hobbs, dated 06/12/10 at 0759, Rhiannon A. Miller and Brian Lee Tuckenberry;

Gresham Police Bureau Report, Case No. 03-12279, dated 09/04/03 at 0254, Allison B. Johnson;

Baker County Sheriff's Office Incident Report, No. P200401304, Reporting Officer DPSST No. 30852, dated 07/21/2004 at 9:38 p.m., Brian Lee Tuckberry;

Portland Police Bureau Investigation Report, Case No. 04-4588, Reporting Officer Seals, dated 01/18/04 at 1700, Tyshika Smith;

Portland Police Bureau Family Abuse Supplemental Report, Case No. 04-4588, Reporting Officer Seals, Tyshika Smith;

Portland Police Bureau Investigation Report, Case No. 06-51724, Reporting Officer Schmantz, dated 06/10/06 at 0207, Harrell, Jessica;

Portland Police Bureau Custody Report, Case No. 06-51724, Reporting Officer Schmantz, dated 06/10/06 at 0207, Brian L. Tuckenberry;

Portland Police Bureau Family Abuse – Supplemental Report, Case No. 06-51724, Reporting Officer Schmantz, Jessica Harrell;

Portland Police Bureau Investigation Report, Case No. 08-037504, Reporting Officer S. Elliott, dated 04/20/08 at 2032, Davis, Ashley;

Portland Police Bureau Investigation Report, Case No. 10-31497, Reporting Officer Filbert, dated 04/1/9/10 at 2211, Miller, Rhiannon A.;

Portland Police Bureau Investigation Report, Case No. 10-31497, Reporting Officer Filbert, Miller, Rhiannon;

Clackamas County Sheriff, Incident Report, No. 10-17045, Reporting Officer Steinberg, dated 06/04/10 at 2125, Miller, Rhiannon Alexandria;

Clackamas County Sheriff, Domestic Violence Supplemental Report, No. 10-17045, Reporting Officer Steinberg, dated 06/04/10 at 10 p.m., Rhiannon Alexandra Miller;

Clackamas County Sheriff, Property in Custody Report, No. 10-17045, Reporting Officer Steinberg, dated 06/04/10 at 10 p.m., Tuckenberry, Brian;

Clackamas County Sheriff, Supplemental Report, No. 10-17045, Reporting Officer A. Shelly and J. Ritter, dated 06/04/10 at 21:26, Witness Statements

G    Nettles Police Reports:

    Portland Police Bureau, Investigation Report, Case No. 10-030721, Reporting Officer Kurt Sardeson, dated 04/17/10 at 0929; Brown, Amber Marie

    Portland Police Bureau, Custody Report, Case No. 10-030721, Reporting Officer Shafer, dated 04/17/10 at 0929, Nettles, Tyson;

    Portland Police Bureau Family Abuse – Supplemental Report, Case No. 10-30721, Brown, Amber;

    Portland Police Bureau, Special Report, Case No. 10-030721, Reporting Officer Shafer, dated 04/17/10 at 0929, Brown, Amber

    Portland Police Bureau, Forensic Evidence Division Special Report, Case No. 10-30721, Reporting Officer Jones, Ken, dated 4/17/2010 at 10:06, Brown, Amber Marie;

    Portland Police Bureau, Confidential Investigation Report, Case No. 03-26230, Reporting Officer Gulsvig, dated 03/18/03 at 0021, Thomas, Jasmine;

    Portland Police Bureau, Confidential Identification Division Special Report, Case No. 03-26229, Investigation by Criminalist James W. Ziegler, dated 03/20/2003 at 14:20, Thomas, Jasmine;

    Portland Police Bureau, Confidential Special Report, Case No. 03-26230, Reporting Officer Det. C. W. Yost, dated 05/02/03 at 0830, Thomas, Jasmine;

    Portland Police Bureau, Confidential Special Report, Case No. 03-26230, Reporting Officer Det. C. W. Yost, dated 05/15/03 at 0800, Thomas, Jasmine;

Portland Police Bureau, Special Report, Case No. 03-26230, Reporting Officer Det. C.W. Yost, dated 08/08/03 at 1500, Thomas, Jasmine;

Portland Police Bureau, Investigation Report, Case No. 03-26229, Reporting Officer Gulsvig, dated 03/18/03 at 1700 – 2300, Rue, Misty R.;

Portland Police Bureau, Confidential Identification Division Special Report, Case No. 03-26230, Investigation by Criminalist James W. Ziegler, dated 03/20/2003, Rue, Misty R.;

Portland Police Bureau, Investigation Report, Case No. 03-56221, Reporting Officer S.C. Dunick, dated 6/15/02 at 2101, David, Tyler L.;

Portland Police Bureau, Custody Report, Case No. 02-56221, Reporting Officer Dunick, dated 6/15/02 at 2101, Nettles, Tyson M.J.;

Multnomah County Circuit Court, Oregon Uniform Citation and Complaint Z1088508, dated 6/15/02, Nettles, Tyson Michael J.;

Portland Police Bureau, Custody Report, Case No. 02-29952, Reporting Officer Claude L. Hussey, dated 04/01/02 at 2350, Nettles, Tyson Michael J.;

Portland Police Bureau, Special Report, Case No. 02-29952, Reporting Officer Kile, dated 04/02/02 at 0036, Nettles, Tyson Michael James;

Portland Police Bureau, No License/No Insurance Tow Report, Case No. 02-29952, Reporting Officer Claude L. Hussey, dated 04/01/02 at 2350, Nettles, Tyson Michael James;

Portland Police Bureau, Property/Evidence Receipt, Case No. 02-29952, Receipt No. 826853, dated 04/02/02 at 0055, Nettles, Tyson Michael James;

Portland Police Bureau, Special Report, Case No. 02-52469, Reporting Officer K. R. Nelsun, dated 06/05/02 at 1330, Nettles, Tyson Michael James;

Portland Police Bureau, Property/Evidence Receipt, Case No. 02-52469, Receipt No. 819728, dated 06/05/02;

Portland Police Bureau, Investigation Report, Case No. 03-37745, Reporting Officer Det. C.W. Yost, dated 04/23/03 at 0940, Porter, Mary Katheryn;

Portland Police Bureau, Special Report, Case No. 03-37745, Reporting Officer Det. C.W. Yost, dated 05/14/03 at 1030, Porter, Mary Kathryn;

Portland Police Bureau Investigation Report, Case No. 03-53352, Reporting Officer Det. C.W. Yost, dated 06/03/03 at 1030, Hobart, Jennica Hope;

Portland Police Bureau, Custody Report, Case No. 02-33207, Reporting Officer P. Dodge, dated 04/09/02 at 2100, Batchelor, Demetrius;

Portland Police Bureau, Property/Evidence Receipt, Case No. 02-33207, Receipt No. 811483, Batchelor, Demetrius;

Portland Police Bureau, Investigation Report, Case No. 02-42620, Reporting Officer Zanetti, dated 05/07/02 at 1453, Lugo, Lea;

Portland Police Bureau, Custody Report, Case No. 02-42620, Reporting Officer Zanetti, dated 05/07/02 at 1453, Vargas, Victoria Jeannette;

Portland Police Bureau, Multiple Worthless Document Report, Case No. 02-42620, Reporting Officer A. Zanetti, dated 05/07/02 at 1453, Lugo, Lea;

Portland Police Bureau, Investigation Report, Case No. 02-42620, Reporting Officer L. Graham, dated 05/07/02 at 1530, Nettles, Tyson Michael James;

Multnomah County Circuit Court, Oregon Uniform Citation and Complaint No. Z1090176, dated 05/07/02, Vargas, Victoria Jeanette;

Portland Police Bureau, Property/Evidence Receipt, Case No. 02-42620, Receipt No. 825401, Nettles, Tyson;

Portland Police Bureau, Property/Evidence Receipt, Case No. 02-42620, Receipt No. 825402, Lugo, Lea;

Portland Police Bureau, Investigation Report, Case No. 02-81449, Reporting Officer Winsfield, dated 08/26/02 at 1529, Sain, Nanci May;

Portland Police Bureau, Special Report, Case No. 02-42620, Reporting Officer Pagani, dated 04/20/03 at 0210, Batchelor, Demetrius Gene;

Portland Police Bureau, Special Report, Case No. 03-39748, Reporting Officer Dinnel, dated 04/20/03 at 0325, Batchelor, Demetrius;

Portland Police Bureau, Special Report, Case No. 03-39748, Reporting Officer Dinnel, dated 04/20/03 at 0330, Nettles, Tyson

Portland Police Bureau, Special Report, Case No. 03-39748, Reporting Officer Searle, dated 4/20/03 at 0330, Nettles, Tyson

H   Cell Phone Records

  Pgs. 1-5: Verizon response to DA subpoena requesting subscriber information for 971-219-3547 and 971-219-4188;

  Pg. 6: Gervais Telephone Co response to DA subpoena requesting subscriber information for 503-792-4441;

  Pgs. 7-11: Qwest response to DA subpoena requesting subscriber information for Phone Nos. 503-285-4788; 503-257-6634; 03-281-7855; 503-282-9067; 602-339-8794; 360-253-8951;

  Pgs. 12-14: Qwest response to DA subpoena re: phone numbers 480-474-8711 and 480-219-7636;

  Pgs. 15-16: Voicestream subpoena for subscriber info for Phone number 503-997-3829;

  Pgs. 17-21: Sprint response to subpoena for subscriber info for phone number 804-651-1650;

  Pgs. 22-69: AT&T Wireless records for Jerri Williams' cell phone 503-819-2183;

  Pgs. 70-87: Verizon records for Terry Collins cell phone (971) 219-3547;

  Pgs. 88-122: Qwest records for Julia Patterson's cell phone (503) 421-1669;

  Pgs. 123-187: Verizon cell site records for Lisa Roberts' cell phone (971) 219-4188

| | |
|---|---|
| I | Excerpt of Verizon Wireless Law Enforcement Resource Team (LERT) Guide |
| J | Apparent Prosecution Notes Regarding Information From The Defense |
| K | Report on location of Cell Tower 106 |
| L | Circuit Court for Multnomah County, *State of Oregon v. Lisa Mechelle Roberts*, No. 0208-34931, Transcript of bail hearing, May 21, 2003 |
| M | Alex Shanks Qwest Cell Phone Records Apparently Not Provided to Defense Counsel |
| N | Memo dated August 21, 2003 re: Lisa Roberts (cell phones), stamped 1358 WSB; |
| O | Email from Ted Tolliver to Steven Smith dated September 8, 2003 at 1:13 p.m., Subject: Lisa Roberts, stamped 1355 WSB |
| P | Multnomah County Circuit Court, *State of Oregon v. Lisa Marie Roberts*, Case No. 02-0834931, Subpoena Duces Tecum issued to Verizon Wireless Legal Compliance Dept. by William Brennan on July 22, 2004; |
| | Multnomah County Circuit Court, *State of Oregon v. Lisa Marie Roberts*, Case No. 02-0834931, Subpoena Duces Tecum issued to AT&T Wireless by William Brennan on June 30, 2004; |
| | Multnomah County Circuit Court, *State of Oregon v. Lisa Marie Roberts*, Case No. 02-0834931, Subpoena Duces Tecum issued to Sprint Corp. Security by William Brennan on June 30, 2004; |

|     | Multnomah County Circuit Court, *State of Oregon v. Lisa Marie Roberts*, Case No. 02-0834931, Subpoena Duces Tecum issued to Qwest Corp. by William Brennan on June 30, 2004; |
|-----|---|
| Q   | Email traffic from Alison Clark to Andrew Hallman dated 8/18/2010; |
|     | Email traffic from Michelle Sweet to Samuel Kubernick dated 08/07/13 to 08/13/13; |
| R   | Memo from Roger Harris, Investigator, to Ron Fishback dated December 11, 2002 |
| S   | Transcript of call with gentleman who picks mushrooms in Kelley Point Park; |
| T   | Medical Records Regarding Lisa Roberts' Hand Injury |
| U   | Excerpt of Recently Disclosed Portland Police File |
|     | Handwritten notes re: Sperm and Saliva samples and Ed Mills; |
|     | Portland Police Bureau, Investigation Report, Case No. 03-3011, Reporting Officer R. Graichen, dated 01/07/02 at 1330, Tolliver, Sanovia L., A1 Tuckenbury, Brian; |
|     | Clark-Skamania Drug Task Force Fax Transmission Cover Sheet dated 11-12, 2004, to Det. Rich Austria; |
|     | Clark-Skamania Drug Task Force Case Report Checklist (13 pages), Case No. MC622-3133, dated 4-18-02, Suspect Name: Shanks, Alex; |
|     | Multnomah County Sheriff's Office Fax Transmission Cover Sheet dated 05-16-02 to TFA Mary Parsons; |

|   | Fastrax Investigations correspondence to Bill Brennan and Associates, dated 11/03/2004, Subject: Alex Shanks; |
|---|---|
|   | Notes from 09/19/03 Teleconference call with Tim Navratil; |
|   | Handwritten notes(3 pages), Jennifer Locke, dated 5-29-02; |
|   | Handwritten notes (1 page) from yellow steno pad, Jennifer Locke, stamped 129 of 281; |
| V | Still Photo from Video of the Scene at Kelley Point Park |
|   | Photo from the Scene at Kelley Point Park |
| W | Don Geistlinger Declaration – Dated September 5, 2013 |
| X | Patrick Sweeney Declaration – Dated September 6, 2013 |

Respectfully submitted this 6th day of September, 2013.

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ *Alison Clark*
Alison Clark
Assistant Federal Public Defender