Steven T. Wax, OSB No. 85012
Federal Public Defender
Alison M. Clark, OSB No. 080579
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204-3228
(503) 326-2123
Fax: 503-326-5524
steven_wax@fd.org
alison_clark@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA MARIE ROBERTS, | No. 3:08-cv-01433-MA |
| Petitioner, | PETITIONER'S EXHIBITS TO MEMORANDUM IN SUPPORT OF, |
| vs. | AND REPLY TO RESPONSE TO, FOURTH AMENDED PETITION FOR |
| NANCY HOWTON, | WRIT OF HABEAS CORPUS |
| Respondent. | |

Petitioner, Lisa Marie Roberts, hereby submits the following exhibits to Petitioner's Memorandum In Support Of, And Reply To Response To, Fourth Amended Petition For Writ Of Habeas Corpus:

Page 1 – PETITIONER'S EXHIBITS TO MEMORANDUM IN SUPPORT OF, AND REPLY TO RESPONSE TO, FOURTH AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Ex. 1   DVD containing audio of 12/11/13 interview of Brian Tuckenberry by State investigator Micah Persons (filed conventionally)

Ex. 2   DVD containing audio of 12/26/13 interview of Brian Tuckenberry by FPD investigator William Teesdale (filed conventionally)

Ex. 3   Declaration of Kate Marshall

Ex. 4   CD containing audio of call on 12/11/13 from Tuckenberry to his mom (filed conventionally)

Ex. 5   Declaration of Aaron Williams

Ex. 6   Declaration of Dash Terry

Ex. 7   Declaration of Alison Johnson

Ex. 8   Declaration of Andrea Bunch

Ex. 9   Declaration of Rhiannon Miller

Ex. 10  Food Handler's License

Ex. 11  William Teesdale Fourth Declaration

Ex. 12  Declaration of Janan Stoll

Ex. 13  CD video of Kelley Point Park Interviews (filed conventionally)

Ex. 14  Declaration of Kate Shoaff regarding Portland Police Bureau Evidence view

Ex. 15  Press Release

Ex. 16  Property/Evidence Receipt from search of Roberts House on 8/16/02

Ex. 17  Photo of article seized from search of Roberts House on 8/16/02

Ex. 18  Property/Evidence Receipt from search of Roberts work locker on 9/16/02

Ex. 19  Photo of article seized from search of Roberts work locker on 9/16/02

Ex. 20  Handwritten police notes

Ex. 21   Declaration of Kate Shoaff interview of Cathleen Phillips and Miki Hall

Ex. 22  Cherry Declaration

Ex. 23   Excerpts Of Police Reports And Transcripts Of Interviews Of Lisa Roberts

Ex. 24   Declaration of Maia Godet

    Respectfully submitted this 10th day of February, 2014.

                  /s/ Steven T. Wax
                  Steven T. Wax
                  Federal Public Defender


                  /s/ Alison M. Clark
                  Alison M. Clark
                  Assistant Federal Public Defender